IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 0:01-1005-JFA |
| | ) |
| vs. | )   ORDER TO UNSEAL |
| | ) |
| WINSTON ALLEN | ) |

The defendant was named in a Sealed Indictment returned by a federal grand jury sitting in Columbia, South Carolina, on November 14, 2001. The United States of America has filed a Motion to Unseal the Indictment in this case.

Accordingly, the Motion is granted and the Indictment in this case is hereby unsealed.

IT IS SO ORDERED.

August 5, 2013
Columbia, South Carolina

*Joseph F. Anderson, Jr.*
Joseph F. Anderson, Jr.
United States District Judge